ISIDORE LONDNER, Appellant, *v.* DAVID PERLMAN et al.,
Respondents.

*Londner* v. *Perlman*, 129 App. Div. 93, affirmed.
(Argued May 9, 1910; decided May 31, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered
January 19, 1909, which affirmed a judgment of Special
Term decreeing a mortgage held by the defendant State Bank
to be prior and paramount to one held by the plaintiff and
sought to be foreclosed.

*Louis Marshall* and *Henry Necarsulmer* for appellant.

*Benjamin N. Cardozo, Walter T. Kohn* and *Louis Man-
heim* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD
BARTLETT, HISCOCK and CHASE, JJ.

---

SAMUEL WACHT, Respondent, *v.* FRIEDA HART, Appellant.

*Wacht* v. *Hart*, 120 App. Div. 189, affirmed.
(Argued May 10, 1910; decided May 31, 1910.)

APPEAL from a judgment entered July 12, 1907, upon an
order of the Appellate Division of the Supreme Court in the
first judicial department, which reversed an order of the trial
court granting a motion for a new trial after a verdict had
been directed for plaintiff and directed judgment on the ver-
dict in an action to recover for an alleged breach of contract.

*Harry G. Anderson, John R. Dos Passos, Louis S. Pos-
ner* and *William Victor Goldberg* for appellant.

*Harry A. Levinson* and *Samuel Levy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD
BARTLETT, HISCOCK and CHASE, JJ.